**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

ADAM KILLICK,

Plaintiff,

v. CASE NO. 5:26cv71-RH-MJF

CITY OF PANAMA CITY BEACH and JOHN ADAIR,

Defendants.

_______________________________/

## ORDER DENYING A TEMPORARY RESTRAINING ORDER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 66, and the objections, ECF No. 72. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion. The plaintiff's motion for a temporary restraining order, ECF No. 51, is denied.

2. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on November 23, 2026.

s/Robert L. Hinkle
United States District Judge